Exhibit "4"
Stipulation of Dismissal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> MAZAL PHARMACY, INC, ET AL., <br><br> Defendants. | 24-cv- 6570 (RML) <br><br> STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO MAZAL PHARMACY, INC AND SOLOMON MOSES. |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), on the one hand, and Mazal Pharmacy, Inc d/b/a Mirage Pharmacy and Solomon Moses a/k/a Suleman Musaev ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

Dated: New York, New York
~~October __, 2024~~
February 28, 2025

**MANNING & KASS, ELLROD, RAMIREZ, TRESTER LLP**

By: _____
Robert A. Stern, Esq.
James A. McKenney, Esq.
Kristy R. Eagan, Esq.
Lee Pinzow, Esq.
100 Wall Street, Suite 700
New York, New York 10005
*Counsel for Plaintiffs Allstate Insurance Company,*
*Allstate Fire and Casualty Insurance Company,*
*Allstate Indemnity Company and Allstate Property*
*and Casualty Insurance Company*


**KORSUNSKIY LEGAL GROUP, P.C.**

By: _____
Denis Korsunskiy, Esq.
2626 E 14th Street, Suite 201
Brooklyn, New York 11235
*Counsel for Mazal Pharmacy, Inc*
*d/b/a Mirage Pharmacy and*
*Solomon Moses a/k/a Suleman Musaev*


SO ORDERED.    ROBERT LEVY
2/28/25        Robert M. Levy
               United States Magistrate Judge

2