UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL.,<br><br>　　　　　　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>MAZAL PHARMACY INC., ET AL.,<br><br>　　　　　　　　　　　　　　　Defendants. | 24-cv-6570<br>(RML)<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Allstate Insurance Company, Allstate Fire and Casualty Insurance Company, Allstate Indemnity Company, and Allstate Property and Casualty Insurance Company (collectively "Plaintiffs"), and their counsel, hereby give notice that the above-captioned action is voluntarily dismissed without prejudice against Defendants John Does 1 through 5 and ABC Corporations 1 through 5 ("Defendants").

Dated: February 28, 2025
　　　　New York, New York

Respectfully submitted,

MANNING & KASS, ELLROD,
RAMIREZ, TRESTER LLP

By: __/s/ Lee Pinzow__
　　　Robert A. Stern, Esq.
　　　James A. McKenney, Esq.
　　　Kristy R. Eagan, Esq.
　　　Lee Pinzow, Esq.
　　　*Counsel for Plaintiffs*
　　　100 Wall Street Suite 700
　　　New York, New York 10005
　　　Tel: (212) 858-7769
　　　Fax: (212) 858-7543

SO ORDERED.
ROBERT LEVY
2/28/25
Robert M. Levy
United States Magistrate Judge